The judgment of conviction as to Aiello is affirmed.

As noted above, the judgment of conviction as to Giuliano is affirmed as to the indictment charging unlawful possession of lottery slips, *N. J. S.* 2A:121–3(b), but Giuliano's conviction of a violation of *N. J. S.* 2A:121–3(c) is reversed.

KEITH MACHINERY CORPORATION, A NEW YORK CORPORATION, PLAINTIFF-RESPONDENT, v. THE BOROUGH OF SOUTH PLAINFIELD AND JOHN BORI, TAX COLLECTOR, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued June 13, 1966—Decided June 17, 1966.

Before Judges CONFORD, KILKENNY and LEONARD.

*Mr. John T. Keefe* argued the cause for appellants (*Mr. Edward J. Santoro,* attorney).

*Mr. Robert Silver* argued the cause for respondent (*Messrs. Bilder, Bilder, Silver & McCurley,* attorneys).

PER CURIAM. The judgment is affirmed essentially for the reasons stated by Judge Gerofsky in his opinion.